UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANA E. LINNEHAN,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br><br>    Defendant. | Case No. 5:20-cv-06311-NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 3:17-cv-04146 JCS, *Dana E. Linnehan v. Nancy Berryhill.*

**IT IS SO ORDERED.**

Dated: June 24, 2021

                                              _____<br>
                                              NATHANAEL M. COUSINS<br>
                                              United States Magistrate Judge